AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| CALVIN BAUTISTA | ) Case No. 8:22-CR-308 (LEK) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Calvin Bautista

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 545 [Smuggling Goods Into the United States]

Date: 08/22/2022

_____
*Issuing officer's signature*

City and state:   Albany, New York

Hon. Christian F. Hummel
*Printed name and title*

---

### Return

This warrant was received on *(date)* 08/25/2022, and the person was arrested on *(date)* 10/04/2022
at *(city and state)* ALBANY, NY.

Date: 10/04/2022

_____
*Arresting officer's signature*

JOHN THOMPSON        SPECIAL AGENT
*Printed name and title*